# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

134002 & (19)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                      SC: 134002
                                        COA: 274381
                                        Ingham CC: 03-001213-FH

ANTONIO VALLIN BRIDGES,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the May 17, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion for immediate consideration is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007

s0830

_____
Clerk